FILED

DEC 1 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS E. STEVENS (CABN 168362)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )   CR-11-0915 JW
                                         )
14          Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                         )   ORDER RE:  SPEEDY TRIAL ACT
15                                       )
        v.                               )
16                                       )
                                         )
17  DENNIS L. DANG,                      )
                                         )
18          Defendant.                   )
                                         )
19  _____ )

20         The above-captioned matter came before the Court on December 14, 2011, for

21  arraignment.  Defendant was represented by Daniel Blank.  The Court set the case for bond

22  proceedings before the duty magistrate judge on December 27, 2011.

23         During the December 14 hearing, the Court made findings that the time from and

24  including December 14, 2011, through and including December 27, 2011, should be excluded

25  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by

26  taking such action outweighed the best interest of the public and defendant in a speedy trial.  The

27  findings were based upon the need for the defendant and the government to have reasonable time

28

STIPULATION AND [PROPOSED] ORDER RE:  STA
CR-11-0915 JW

1  necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

2      The parties hereby agree, and request, that the exclusion of time described above, be

3  granted. The parties agree and stipulate that the additional time is appropriate and necessary

4  under Title 18, United States Code, § 3161(h)(7)(A), because the needs of justice served by the

5  continuance outweighs the best interest of the public and the defendant in a speedy trial. This

6  time exclusion will allow counsel for the defendant and the government effectively to prepare,

7  taking into account the exercise of due diligence.

8

9

10  Dated: December 15, 2011

                                    /s
                                    DANIEL P. BLANK
11                                  Counsel for Dennis L. Dang

12

13  Dated: December 15, 2011

                                    /s
                                    THOMAS E. STEVENS
14                                  Assistant U.S. Attorney

15      IT IS SO ORDERED.

16

17

18  Dated: December 16, 2011

19                                  HON. ELIZABETH D. LAPORTE
                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28