TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Dennis Dang

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-915 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE |
| vs. | |
| DENNIS DANG, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the status conference date in the above-referenced matter should be continued from January 23, 2012 to March 26, 2012 at 1:30 p.m. It is further stipulated that time should be excluded from January 23, 2012 to March 26, 2012, and that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules and for defense preparation and continuity of counsel pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

//

Dated: January 20, 2012

                                                        /s/
                                   TED W. CASSMAN,
                                   Attorney for Defendant
                                   DENNIS DANG

Dated: January 20, 2012

                                                        /s/
                                   THOMAS STEVENS,
                                   Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, it is so ORDERED.

Dated: January 20, 2012

                                   JAMES WARE,
                                   Chief U.S. District Court Judge