```
 1  TED W. CASSMAN
    ARGUEDAS, CASSMAN & HEADLEY, LLP
 2  803 Hearst Avenue
    Berkeley, CA 94710
 3  Telephone: (510) 845-3000

 4  Attorneys for Defendant
    Dennis Dang
 5

 6

 7              IN THE DISTRICT COURT OF THE UNITED STATES

 8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 9                       SAN FRANCISCO DIVISION

10
                                                        EMC
11  UNITED STATES OF AMERICA,         No. CR 11-915 E̶C̶M̶

12          Plaintiff,                STIPULATION AND [PR̶O̶P̶O̶S̶E̶D̶]
                                      ORDER CONTINUING DATE FOR
13  vs.                               DEFENDANT'S SELF-SURRENDER

14   DENNIS DANG,

15          Defendant.
                                   /
16

17          It is hereby stipulated by and between the parties that Mr. Dang's self-

18  surrender date should be continued from November 7, 2012 to January 7, 2013 at 1:30

19  p.m.  Mr. Dang makes this request after consultation with his wife  re-evaluation of what

20  is in the best interests of their children.  U.S.P.O Aaron Tam has informed counsel that

21  his office takes no position on this request.

22  Dated: September 7, 2012

23
                                              _____/s/_____
24                                            TED W. CASSMAN,
                                              Attorney for Defendant
25                                            DENNIS DANG

26
                                    1
```

Dated: September 7, 2012

 /s/  
THOMAS STEVENS,  
Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation and good appearing, it is so ORDERED.

Dated: September __, 2012

_____  
Edward M. Chen  
U.S. District Judge

IT IS SO ORDERED AS MODIFIED  
/s/ Edward M. Chen  
Judge Edward M. Chen